BACH, Respondent, *v.* ADAMS, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from seventh district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*J. L. Hanes,* for appellant.   *H. Steivert,* for respondent.

No opinion.   Judgment reversed, new trial ordered, costs to abide the event.

---

BENJAMIN, Appellant, *v.* BONNER, Respondent.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fourth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*J. C. Fraser,* for appellant.   *M. J. Stein,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

BLOCK, Respondent, *v.* MUTUAL FIRE INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.

Argued before LARREMORE, C. J., and VAN HOESEN and BOOKSTAVER, JJ.

*Stine & Calman,* for appellant.   *North, Ward & Wagstaff,* for respondent.

No opinion.   Ordered that the order be modified by striking out the words "when and where," and in other respects affirmed, without costs of appeal.

---

BUNN, Respondent, *v.* EICHLER, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fourth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*J. Eichler,* for appellant.   *J. Fennett,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

EICHNER, Respondent, *v.* LIVERPOOL L. & G. INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fourth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Butler, Stillman & Hubbard,* for appellant.   *H. Joseph,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

EISLER, Respondent, *v.* UNION TRANSFER & STORAGE Co. *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from seventh district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*H. C. Andrews,* for appellants.   *J. Martin,* for respondent.

No opinion.   Judgment reversed, new trial ordered, costs to abide the event.